JULES C. CARITEY, Appellant, *v.* FREDERICK H. EGGERS, Defendant, and LOUIS SILVER, Respondent.

*Caritey* v. *Eggers*, 116 App. Div. 909, affirmed.
(Argued May 24, 1907; decided June 11, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 14, 1906, which affirmed an order of Special Term vacating the service of the summons and complaint upon the respondent herein.

*Melville B. Mendell* for appellant.

*Frank H. Deal* for respondent.

Order affirmed, with costs ; no opinion.
Concur : CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, VANN, HISCOCK and CHASE, JJ. Not voting : HAIGHT, J.